

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.C.T. 898 PRODUCTS, INC., a California Corporation, | Case No. SA CV 16-0476 JCG |
| Plaintiff, | Hon. Jay C. Gandhi |
| vs. | **JUDGMENT AFTER TRIAL** |
| W.S. INDUSTRIES, INC. a California corporation; VINH LAM, an individual; and DOES 1 through 10, inclusive, | |
| Defendants. | |

This action came on regularly for trial between April 11, 2017 and April 14, 2017, in Courtroom 6A of this United States District Court, the Honorable Jay C. Gandhi presiding. Plaintiff A.C.T. 898 Products, Inc. appeared by attorneys Dariush Adli, Drew Sherman, and Brian Noh of Adli Law Group PC. Defendant W.S. Industries, Inc. appeared by attorneys Brian Stewart, Rebecca King, and Ashley Carroll of Collins Collins Muir and Stewart LLP.

A jury of eight persons was regularly empaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the case was submitted to the jury. The jury deliberated and returned its verdict, finding in favor of W.S. Industries, Inc.

Now, therefore, pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that final judgment in the action be entered as follows:

In accordance with the verdict form dated April 14, 2017, judgment is entered in favor of W.S. Industries, Inc. and against A.C.T. 898 Products, Inc. A.C.T. 898 Products, Inc. shall recover nothing from W.S. Industries, Inc. W.S. Industries, Inc. shall recover costs from A.C.T. 898 Products, Inc. as determined by the Clerk of the Court.

Dated: 6-1-2017

_____
Honorable Jay C. Gandhi
United States Magistrate Judge